# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DARYL WAYNE SMITH,**

        **Plaintiff,** :

  v.

**DEPUTY SHERIFF JASON SCHWARCK,** *et al.*, :

        **Defendants.**

**Case No. 2:24-cv-3344**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Elizabeth A. Preston Deavers**

## ORDER

On September 18, 2024, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Daryl Wayne Smith's complaint be dismissed except for his claims against Defendant Officer Hunter Sylvis in his individual capacity. (ECF No. 10.) The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed, and the time for filing objections has passed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. This case is **DIMISSED** except for Mr. Smith's claims against Officer Sylvis in his individual capacity.

    **IT IS SO ORDERED.**

                      /s/ Sarah D. Morrison
                      **SARAH D. MORRISON**
                      **CHIEF UNITED STATES DISTRICT JUDGE**