# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DARYL WAYNE SMITH,**

      **Plaintiff,**    :

  v.                             **Case No. 2:24-cv-3344**
                                   **Chief Judge Sarah D. Morrison**
                                   **Magistrate Judge Elizabeth**
**CORPORAL JASON SCHWARCK,**       **Preston Deavers**
*et al.*,                           :

      **Defendants.**

## ORDER

This matter is before the Court on the Magistrate Judge's August 4, 2025 Report and Recommendation (R&R, ECF No. 45). The R&R recommended that the Court permit Mr. Smith to proceed with his claims against Defendants Corporal Jason Schwarck and Deputy Sheriff Thomas Reidell and grant Defendant Officer Hunter Sylvis' Motion for Judgment on the Pleadings. The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 45), **GRANTS** Officer Sylvis' Motion for Judgment on the Pleadings (ECF No. 34), and **DISMISSES** Mr. Smith's claims against Officer Sylvis.

    **IT IS SO ORDERED.**

                                         /s/ Sarah D. Morrison
                                         **SARAH D. MORRISON, CHIEF JUDGE**
                                         **UNITED STATES DISTRICT COURT**